UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CARRIER CREDIT SERVICES, INC.,
as agent for SEA STAR LINE., LLC,

    Plaintiff,

v.                                Case No.: 3:04-cv-1331-J-99HTS

MULTISYSTEMS RESTAURANTS, INC.,
d/b/a SIZZLER,

    Defendant.
_____/

## ORDER

Before the Court is the Plaintiff's Notice of Dismissal (Doc. No. 7, filed on May 16, 2005), dismissing the case with prejudice in accordance with Fed.R.Civ.P. 41(a)(1), as the Defendant has not filed any responsive pleading to the Complaint. Accordingly this case is **DISMISSED WITH PREJUDICE**, and the Clerk is directed to close the file.

**DONE AND ENTERED** at Jacksonville, Florida, this ___ day of June, 2005.

HARVEY E. SCHLESINGER
United States District Judge

Copies to:

Thomas V. Halley, Esq.
Noel Gonzalez-Miranda, Esq., Counsel in Puerto Rico